IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD E. SLATER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. **09-073-MJR-CJP** |
| v. | ) |
| | ) |
| **MARVIN POWERS,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for an Order Compelling Discovery. **(Doc. 20)**.

Plaintiff seeks an order compelling defendant to produce a copy of plaintiff's medical records. Plaintiff states that he served a request to produce documents on January 31, 2010.

Plaintiff's motion was filed on February 23, 2010, and is premature. There is no indication that defendant filed an objection to the request. Rather, plaintiff simply says that he has not received the documents. However, pursuant to Fed.R.Civ.P. 34(b)(2), a party has 30 days in which to respond to a request for production.

Plaintiff's Motion for an Order Compelling Discovery **(Doc. 20)** is **DENIED.**

**IT IS SO ORDERED.**

**DATE: March 8, 2010.**

                                                                             **s/ Clifford J. Proud**
                                                                             **CLIFFORD J. PROUD**
                                                                             **UNITED STATES MAGISTRATE JUDGE**